# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11375
_____

ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER,
ASSOCIATED BUILDERS AND CONTRACTORS,

                            *Plaintiffs-Appellants,*

*versus*

GENERAL SERVICES ADMINISTRATION,
   William F. Clark, Director, Office of Government-Wide Acquisition Policy,
OFFICE OF MANAGEMENT AND BUDGET,
   Christine J. Harada, Far Council Chair, Senior Advisor to the Deputy Director for Management ,
UNITED STATES DEPARTMENT OF DEFENSE,
   John M. Tenaglia, Principal Director, Defense Pricing and Contracting ,
NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,
   Karla S. Jackson, Assistant Administrator for Procurement,
GENERAL SERVICES ADMINISTRATION,
   Jeffrey A. Koses, Senior Procurement Executive, et al.,

2                     Order of the Court                    25-11375

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:24-cv-00318-WWB-MCR

_____

ORDER:

Counsel for the parties in this appeal are DIRECTED to be prepared to address the following issue at oral argument on Friday, September 12, 2025:

Whether the action brought by the associations constitutes an "action by an interested party objecting to . . . any alleged violation of statute or regulation in connection with a procurement or a proposed procurement," 28 U.S.C. § 1491(b)(1), over which the United States Court of Federal Claims has exclusive jurisdiction following the sunset period established by the Administrative Dispute Resolution Act of 1996, Pub. L. No. 104-320, § 12(d), 110 Stat. 3870, 3874. *Compare, e.g.*, *Acetris Health, LLC v. United States*, 949 F.3d 719 (Fed. Cir. 2020), *and Vero Tech. Support, Inc. v. U.S. Dep't of Def.*, 437

25-11375               Order of the Court                3

F. App'x 766 (11th Cir. Aug. 10, 2011), *with Boeing Co. v. United States*, 119 F.4th 17 (Fed. Cir. 2024), *and MVL USA, Inc. v. United States*, 176 Fed. Cl. 582 (2025).

                              DAVID J. SMITH
            Clerk of the United States Court of
               Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION