Case No. 25-11375-G

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, AND ASSOCIATED BUILDERS AND CONTRACTORS,

Plaintiffs-Appellants,

v.

GENERAL SERVICES ADMINISTRATION, ET AL.,

Defendants-Appellees.

On Appeal from the United States District Court
for the Middle District of Florida
The Honorable Wendy Berger, Presiding
**3:24-cv-318-WWB-MCR**

**PLAINTIFFS-APPELLANTS' OPPOSITION TO MOTION FOR STAY OF SUPPLEMENTAL BRIEFING DEADLINE IN LIGHT OF LAPSE OF APPROPRIATIONS**

Kimberly Doud
Littler Mendelson, P.C.
111 N Orange Ave., Ste. 1750
Orlando, FL 32801
Telephone: 407-393-2951
Facsimile: 407-641-9263
kdoud@littler.com

Maurice Baskin
Littler Mendelson, P.C.
815 Connecticut Ave NW, Ste. 400
Washington, DC 20006
Telephone: 202.772.2526
Facsimile: 202.814.0011
mbaskin@littler.com

*Attorneys for Plaintiffs-Appellants*

# <u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

Plaintiffs-Appellants ASSOCIATED BUILDERS AND CONTRACTORS, and ASSOCIATED BUILDERS AND CONTRACTORS FIRST FLORIDA CHAPTER (hereafter collectively "ABC" or "Appellants"), have submitted a list of the trial judge, all attorneys, persons, associations of persons, firms, partnerships, and corporations with any known interest in the outcome of this appeal, including subsidiaries, conglomerates, affiliates and parent corporations, any publicly held company that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. None of the companies identified are publicly traded, nor are they owned by any publicly traded company. ABC believes the Certificate of Interested Persons ("CIP") it filed with its Opening Brief, coupled with the CIP the Government filed with its Brief, constitute a complete CIP.

Pursuant to Eleventh Circuit Rule 26.1-1, 26.1-2 and 26.1-3, counsel of record for ABC hereby state as follows:

- Publicly traded company or corporation that has an interest in the outcome of the case or appeal: None.
- Parent Corporations: None.
- Publicly Held Companies Owning Ten Percent (10%) or More of Stock: None.

ii

## I.     INTRODUCTION

Plaintiffs-Appellees Associated Builders and Contractors and Associated Builders and Contractors First Florida Chapter (hereafter collectively "ABC") hereby oppose the Government-Appellees' Motion for Stay of Supplemental Briefing Deadline in Light of Lapse of Appropriations. (*See* ECF No. 39).

## II.     ARGUMENT AND CITATIONS OF AUTHORITY

The Government's Motion will needlessly and indefinitely delay the Court's decision in this case, which the Court has previously ordered to be heard on an expedite basis. (ECF No. 13). The only step remaining prior to decision is the submission of supplemental briefs on October 10, 2025 in response to the Court's order questioning its jurisdiction to decide this case. (ECF No. 38). ABC is prepared to comply with the Court's deadline, and ABC anticipates filing a supplemental brief on October 10 that fully addresses the Court's jurisdictional concerns.

Meanwhile, the Government has not paused enforcement of the unlawful PLA mandate during the government shutdown. Though some federal procurements may be delayed by the lapse of appropriations, a review of agency shutdown contingency plans suggests procurements can continue, so long as the procurement falls within the various shutdown exceptions.[1]

---

[1] *See, e.g.*, GSA Order, SUBJECT: Operations in the Absence of Appropriations, at 12 (Sept. 30, 2025), available at: https://www.gsa.gov/directives-library/operations-in-the-absence-of-appropriations-14 (noting "[n]ew contracts may not be awarded

1

Contrary to the Government's Motion, "emergencies involving the safety of human life or the protection of property" are not the only circumstances during which the Government's attorneys may work during a shutdown. (ECF No. 39, at 5). Rather, the Department of Justice's shutdown contingency plan explains if a court denies a request for stay, "the Government will comply with the court's order, which would constitute express legal authorization for the activity to continue." *See* U.S. Department of Justice FY 2026 Contingency Plan (Sept. 29, 2025).[2] And if this Court were to deny the Government's Motion, it would not be alone in doing so. The First Circuit denied a motion to stay based on the current shutdown on October 2. *Planned Parenthood Federation of America, Inc. v. Kennedy*, Case Nos. 25-1698, 25-1755, Order Dated Oct. 2, 2025. And the Court of Federal Claims denied a similar Government motion on Oct. 1. *Russell Constr. Co., In., v. United States*, Case No. 25-851, Order dated Oct. 1, 2025 (citing the DOJ Contingency Plan language clarifying that Government attorneys can continue to litigate upon Court order).

## III.  CONCLUSION

ABC respectfully urges this Court to deny the Government's Motion.

---

except in support of excepted activities or when using an exempt funding source" and "[c]ontracting personnel should consult with GSA's Senior Procurement Executive to identify and utilize appropriate class deviations in order to award contracts for the purpose of protecting human life or property").

[2] Available at: https://www.justice.gov/jmd/media/1377216/dl.

2

Dated: October 6, 2025

        ***/s/ Maurice Baskin***
Maurice Baskin
LITTLER MENDELSON, P.C.
815 Connecticut Ave., N.W.
Ste. 400
Washington, D.C. 20006
(202) 772-2526
(202) 842-0011 (Fax)
mbaskin@littler.com

Kimberly J. Doud
LITTLER MENDELSON, P.C.
111 N Orange Ave.,
Suite 1750
Orlando, FL 32801
407-393-2951
407-641-9263 (Fax)
kdoud@littler.com


*ATTORNEYS FOR PLAINTIFFS-APPELLANTS ABC*

## CERTIFICATE OF COMPLIANCE

Counsel hereby certifies that this Motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A), and the total word count, as determined by the word processing system used, is 706 words.

Counsel further certifies that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman font size 14.

*/s/ Maurice Baskin*
Maurice Baskin

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, the foregoing was filed with the Clerk of the United States Court of Appeals for the Eleventh Circuit electronically using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Maurice Baskin*
Maurice Baskin

4