# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11375

_____

ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER,
ASSOCIATED BUILDERS AND CONTRACTORS,

                                                *Plaintiffs-Appellants,*

*versus*

GENERAL SERVICES ADMINISTRATION,
   William F. Clark, Director, Office of Government-Wide Acquisition Policy,
OFFICE OF MANAGEMENT AND BUDGET,
   Christine J. Harada, Far Council Chair, Senior Advisor to the Deputy Director for Management ,
UNITED STATES DEPARTMENT OF DEFENSE,
   John M. Tenaglia, Principal Director, Defense Pricing and Contracting ,
NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,
   Karla S. Jackson, Assistant Administrator for Procurement,
GENERAL SERVICES ADMINISTRATION,
   Jeffrey A. Koses, Senior Procurement Executive, et al.,

2					Order of the Court					25-11375

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:24-cv-00318-WWB-MCR

_____

ORDER:

Appellees' "Motion for a Stay of Supplemental Briefing Deadline in Light of Lapse of Appropriations" is DENIED.


DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION