

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-8849

March 6, 2026

**Via CM/ECF**

David J. Smith
Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

> RE:   *Associated Builders and Contractors v. GSA*, No. 25-11375
>       (argued September 12, 2025)

Dear Mr. Smith:

I write under Rule 28(j) to convey to the panel a recent decision relevant to this case.  In *Matter of HHI Corporation*, B-424037, 2026 WL 524191 (Comp. Gen. Feb. 18, 2026), the Government Accountability Office (GAO)—a legislative-branch entity whose decisions "are instructive in the area of bid protests," *Centech Grp., Inc. v. United States*, 554 F.3d 1029, 1038 n.4 (Fed. Cir. 2009) (citing cases)—concluded that a project-labor agreement (PLA) requirement under the directive challenged here did not violate the Competition in Contracting Act (CICA).

Consistent with our position in this case, the GAO decision explains that CICA does not require agencies to determine on a solicitation-by-solicitation basis whether a PLA would serve their needs.  2026 WL 524191, at *6-7.  Rather, the PLA directive challenged in this case permissibly makes that determination for agencies on a government-wide basis, allowing agencies to exclude offerors who do not satisfy the need for a PLA.  *Id.*  To the extent the Court of Federal Claims

reached a different conclusion in its recent decision in *Brasfield & Gorrie, LLC v. United States*, 179 Fed. Cl. 509 (2025), the GAO respectfully disagreed with that conclusion, *see* 2026 WL 524191, at *7 n.8.

The GAO decision bolsters our argument that plaintiffs are unlikely to succeed in showing that the challenged directive, on its face, violates CICA. As the GAO decision recognizes, an agency's decision not to apply one of the exceptions to the PLA directive can be reviewed for reasonableness in a solicitation-specific bid protest. 2026 WL 524191, at *7. But there is no basis for an injunction against the PLA directive on its face.

Sincerely,

*/s/ Daniel Winik*
Daniel Winik

cc:   All counsel (via CM/ECF)