In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-11375

---

ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER,
ASSOCIATED BUILDERS AND CONTRACTORS,

*Plaintiffs-Appellants,*

*versus*

GENERAL SERVICES ADMINISTRATION,
William F. Clark, Director, Office of Government-Wide Acquisition Policy,
OFFICE OF MANAGEMENT AND BUDGET,
Christine J. Harada, Far Council Chair, Senior Advisor to the Deputy Director for Management ,
UNITED STATES DEPARTMENT OF DEFENSE,
John M. Tenaglia, Principal Director, Defense Pricing and Contracting ,
NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,
Karla S. Jackson, Assistant Administrator for Procurement,
GENERAL SERVICES ADMINISTRATION,
Jeffrey A. Koses, Senior Procurement Executive, et al.,

*Defendants-Appellees.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:24-cv-00318-WWB-MCR

---

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION